### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISON

| | | |
|---|---|---|
| **VINTAGE AND VOGUE, LLC and** | ) | |
| **I DO AND I'M DONE, LLC,** | ) | |
| | ) | |
| Plaintiffs, | ) | **CIVIL ACTION FILE** |
| | ) | **NO. 1:16-CV-01952-AT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **TRAVELERS CASUALTY** | ) | |
| **INSURANCE COMPANY** | ) | |
| **OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed this **Certificate of Service** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Smith, Collins & Fletcher, P.A.
>W. Anthony Collins, Jr.
>Anthony@SCandF.com

FURTHERMORE, this Certificate of Service of Discovery also certifies that I have retained the originals of and delivered a true and correct copy upon all parties to this matter by delivering a copy of:

1. **DEFENDANT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFFS;**

2. **DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS; and**

3. **DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFFS**

via U.S. First Class mail, postage prepaid to the following:

W. Anthony Collins Jr.
Maud Pinter
Smith, Collins & Fletcher P.A.
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350

This 2nd day of August, 2016.

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*/s/ Mary Alice L. Jasperse*
Mary Alice L. Jasperse
Georgia Bar No. 971077

*Counsel for Defendants*

D<small>REW</small> E<small>CKL</small> & F<small>ARNHAM</small>, LLP
880 West Peachtree Street
P.O. Box 7600
Atlanta, Georgia 30357-0600
Tel.: (404) 885-1400
Fax: (404) 876-0992

Counsel for Defendant certifies that this pleading complies with Local Rule 5.1. The type is Times New Roman, 14 point.

6117343/1
05657-117037