## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| VINTAGE AND VOGUE, LLC | ) | |
| and I DO AND I'M DONE, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:16-c-01952-AT |
| vs. | ) | |
| | ) | |
| TRAVELERS CASUALTY | ) | |
| INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>AFFIDAVIT OF ANGEL MERINO</u>

COMES NOW, Angel Merino, before the undersigned officer duly

authorized to administer oaths, who after first being duly sworn, states as follows:

1.

I am Angel Merino. I am over eighteen years of age and am competent to

make this affidavit. I am suffering from no disabilities and make this Affidavit of

my own personal knowledge and with the knowledge that this Affidavit is given

for use as an attachment to Defendant Travelers' Motion for Sanctions in the

above-styled action.

2.

I am a property claims manager with Travelers Casualty Insurance Company

of America ("Travelers") and personal have knowledge of the adjustment and

EXHIBIT
"2"

investigation of Claim No. E1K6478, regarding Travelers' insured Vintage &
Vogue, LLC and I Do and I'm Done, LLC.

3.

The insurance policy issued by Travelers to Vintage & Vogue, LLC, policy
no. I-680-7956R80A-ACJ-12, became effective on August 30, 2010, and was
renewed at the end of each policy year through August 30, 2013. A copy of this
policy is attached hereto as Exhibit A.

4.

The insurance policy issued by Travelers to I Do & I'm Done, LLC, policy
no. I-680-4B580696-ACJ-13, became effective on March 8, 2012, and was
renewed at the end of each policy year through March 8, 2014. A copy of this
policy is attached hereto as Exhibit B.

5.

Maria Sullivan, the owner of Vintage & Vogue, LLC and I Do and I'm
Done, LLC reported the loss to Travelers on May 4, 2015.

6.

Ms. Sullivan notified Travelers that water began damaging business
inventory housed in a rental property located at 647 Atlanta Street, Roswell,
Georgia 30075.

7.

Ms. Sullivan reported that this damage began in the latter half of March, 2013 and continued until Vintage & Vogue, LLC and I Do and I'm Done, LLC changed locations in October of 2013.

8.

Vintage & Vogue, LLC and I Do and I'm Done, LLC vacated the premises on October 1, 2013, almost a year and a half before Travelers received notice of the claim. Because Plaintiffs did not occupy the loss location at the time they gave notice to Travelers, Travelers had no way of investigating the circumstances and extent of the alleged damages.

9.

On May 7, 2015, Travelers denied the claim filed by Vintage & Vogue, LLC and I Do & I'm Done, LLC on the grounds that these insured entities did not provide Travelers with "prompt" notice under the terms of the policy. A copy of the denial letter issued on May 7, 2015 is attached hereto as Exhibit C.

FURTHER AFFIANT SAYETH NOT.

This _18_ day of August, 2016.

_Angel Merino_

Sworn to before me this
_18_ day of _August_, 2016.

Page 3 of 4

_____

Notary Public
My Commission Expires:
Linda Baggett
Notary Public, Gwinnett County, GA
My Commission Expires April 27, 2017

6625315/1

05657-117037

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

TRAVELERS CASUALTY INSURANCE  COMPANY OF AMERICA

**Name of Insuring Company(ies)**

| | | |
|---|---|---|
| | 08/30/10 – 08/30/11 | |
| | 08/30/11 – 08/30/12 | |
| 680 7956R80A | 08/30/12 – 08/30/13 | 9/22/15 |
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

Kenneth Kupec, Second Vice President
BI Document Management

EXHIBIT
"A"
TO EXH. 2

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

RENEWAL CERTIFICATE

COMMON POLICY DECLARATIONS
STORE PAC
BUSINESS: STORE

POLICY NO.: I-680-7956R80A-ACJ-12
ISSUE DATE: 07-20-12

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**

   VINTAGE & VOGUE LLC
   1050 BAY POINTE CROSSING

   ALPHARETTA                    GA  30005

2. **POLICY PERIOD:** From  08-30-12  to  08-30-13  12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|-----------|-----------|-----------|-------------------------------------------------------------|
| 01 | 01 | NARTS | 55 PARK SQUARE  SUITE 101 |
|    |    |       | ROSWELL                    GA  30075 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|--------------------------------|------------------|
| Businessowners Coverage Part | ACJ |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorsements for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:**  Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|--------|---------------|------------------|

   DIRECT BILL

7. **PREMIUM SUMMARY:**

| Provisional Premium | $ | 720.00 |
|---------------------|---|--------|
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER

COUNTERSIGNED BY:

   THE HORTON GROUP          XV401
   10320 ORLAND PARKWAY

   ORLAND PARK               IL  60467

_____
Authorized Representative

DATE: _____

IL T0 25 08 01  (Page 1 of 01)
Office:  ELMIRA NY SRV CTR   DOWN

TRAVELERS DOC MGMT 2 of 150



**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## STORE PAC



### A Custom Insurance Policy Prepared for:

**VINTAGE & VOGUE LLC**
**1050 BAY POINTE CROSSING**

**ALPHARETTA                    GA   30005**

**Presented by:  THE HORTON GROUP**

POLICY NUMBER: I-680-7956R80A-ACJ-12

EFFECTIVE DATE: 08-30-12

ISSUE DATE: 07-20-12

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
* IL T0 25 08 01    RENEWAL CERTIFICATE
* MP T0 01 02 05    BUSINESSOWNERS COVERAGE PART DECS
* IL T8 01 01 01    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
  IL T3 15 09 07    COMMON POLICY CONDITIONS
```

BUSINESSOWNERS

```
* MP T1 30 02 05    TBL OF CONT-BUSINESSOWNERS COV-DELUXE
  MP T1 02 02 05    BUSINESSOWNERS PROPERTY COV-SPEC FORM
* MP T3 06 02 07    SEWER OR DRAIN BACKUP EXTENSION
  MP T3 25 01 08    TERRORISM RISK INS ACT OF 2002 NOTICE
  MP T3 50 11 06    EQUIP BREAKDOWN SERV INTERRUPTION LIM
  MP T3 56 02 08    AMENDATORY PROVISIONS-GREEN BLD
  MP T9 70 03 06    POWER PAC ENDORSEMENT
  MP T4 81 01 00    GA CHANGES-POLLUTANTS
  MP T5 01 01 04    GEORGIA CHANGES
```

COMMERCIAL GENERAL LIABILITY

```
  CG T0 34 11 03    TABLE OF CONTENTS
  CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COV FORM
  CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
  CG D3 09 11 03    AMEND ENDT-PRODUCTS-COMPLETED OPR HAZARD
* CG D4 71 02 09    AMEND COVERAGE B - PERS & ADV INJURY
  CG 21 70 01 08    CAP ON LOSSES-CERTIFIED ACTS-TERRORISM
  CG D0 37 04 05    OTHER INSURANCE-ADDITIONAL INSUREDS
* CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
* CG D4 13 04 08    AMENDMENT OF COVERAGE-COOLING-POLLUTION
* MP T1 25 11 03    HIRED AUTO AND NON-OWNED AUTO LIAB
  CG D2 56 11 03    AMENDMENT OF COVERAGE
  CG D2 88 11 03    EMPLOYMENT-RELATED PRACTICES EXCLUSION
* CG D3 26 10 11    EXCLUSION - UNSOLICITED COMMUNICATION
  CG D3 56 01 05    MOBILE EQUIP/EXCL VEHICLES SUB TO MV LAW
* CG D4 21 07 08    AMEND CONTRAC LIAB EXCL-EXC TO NAMED INS
* CG D6 18 10 11    EXCL-VIOLATION OF CONSUMER FIN PROT LAWS
  CG D2 42 01 02    EXCLUSION WAR
  CG T4 78 02 90    EXCLUSION-ASBESTOS
  CG T3 33 11 03    LIMIT WHEN TWO OR MORE POLICIES APPLY
```

INTERLINE ENDORSEMENTS

```
  IL T3 82 08 06    EXCL OF LOSS DUE TO VIRUS OR BACTERIA
  IL T3 79 01 08    CAPS ON LOSSES FROM CERT ACTS OF TERROR
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

TRAVELERS DOC MGMT 4 of 150

POLICY NUMBER:  I-680-7956R80A-ACJ-12
EFFECTIVE DATE:  08-30-12
ISSUE DATE:  07-20-12

INTERLINE ENDORSEMENTS (CONTINUED)

    IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
    IL 02 62 09 08    GA CHANGES-CANCELLATION & NONRENEWAL

    * TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                    PAGE:    2 OF    2

**TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

BUSINESSOWNERS COVERAGE PART DECLARATIONS

STORE PAC                          POLICY NO.: I-680-7956R80A-ACJ-12
                                   ISSUE DATE: 07-20-12

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

POLICY PERIOD:
From 08-30-12 to 08-30-13 12:01 A.M. Standard Time at your mailing address.

FORM OF BUSINESS:  LLC

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a
"limit" or the word "included" is shown.

COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to You | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT: Businessowners Property Coverage: $ 1,000 per occurrence.
                   Building Glass:                  $ 1,000 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:   Actual loss for 12 consecutive months

Period of Restoration-Time Period:     Immediately

ADDITIONAL COVERAGE:
  Fine Arts:              $      25,000

Other additional coverages apply and may be changed by an endorsement.  Please
read the policy.

SPECIAL PROVISIONS:
## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05 (Page 1 of  02)

TRAVELERS DOC MGMT 6 of 150

BUSINESSOWNERS PROPERTY COVERAGE

PREMISES LOCATION NO.:  01        BUILDING NO.:  01

| COVERAGE | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|
| BUSINESS PERSONAL PROPERTY | $    10,400 | RC* | N/A | 0.0% |
| *Replacement Cost | | | | |

COVERAGE EXTENSIONS:
   Accounts Receivable     $     25,000
   Valuable Papers         $     25,000

Other coverage extensions apply and may be changed by an endorsement.  Please read the policy.

MP T0 01 02 05 (Page 2 of 02)

TRAVELERS DOC MGMT 7 of 150

# TABLE OF CONTENTS

## BUSINESSOWNERS COVERAGE PART
## DELUXE PLAN

The following indicates the contents of the principal forms which may be attached to your policy. It contains no reference to the Declarations or Endorsements which also may be attached.

## BUSINESSOWNERS PROPERTY COVERAGE
## SPECIAL FORM MP T1 02

Beginning on Page

COVERAGE .................................................................................................................... 1
   Covered Property ...................................................................................................... 1
   Property Not Covered ............................................................................................... 2
   Business Income and Extra Expense ..................................................................... 2
   Covered Causes of Loss .......................................................................................... 3
   Limitations .................................................................................................................. 3
   Additional Coverages ............................................................................................... 4
   Coverage Extensions ............................................................................................... 11

EXCLUSIONS ................................................................................................................. 22

LIMITS OF INSURANCE .............................................................................................. 26
   Inflation Guard ........................................................................................................... 26
   Business Personal Property Limit — Seasonal Increase ...................................... 27

DEDUCTIBLES ............................................................................................................... 27

PROPERTY LOSS CONDITIONS ............................................................................... 27
   Abandonment ............................................................................................................ 27
   Appraisal .................................................................................................................... 27
   Duties in the Event of Loss or Damage ................................................................ 27
   Loss Payment — Building and Personal Property ............................................... 28
   Loss Payment — Business Income and Extra Expense ...................................... 31
   Recovered Property .................................................................................................. 32
   Noncumulative Limit ................................................................................................. 32

COMMERCIAL PROPERTY CONDITIONS ............................................................... 32
   Concealment, Misrepresentation or Fraud ........................................................... 32
   Control of Property .................................................................................................... 32
   Insurance Under Two or More Coverages ............................................................ 33
   Legal Action Against Us ........................................................................................... 33
   Liberalization .............................................................................................................. 33
   No Benefit to Bailee .................................................................................................. 33
   Other Insurance ........................................................................................................ 33
   Policy Period, Coverage Territory ........................................................................... 33
   Transfer of Rights of Recovery Against Others to Us .......................................... 33
   Coinsurance ............................................................................................................... 33
   Mortgageholders ....................................................................................................... 34

PROPERTY DEFINITIONS ........................................................................................... 35

MP T1 30 02 05

TRAVELERS DOC MGMT 8 of 150

POLICY NUMBER: I-680-7956R80A-ACJ-12

BUSINESSOWNERS
ISSUE DATE: 072012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SEWER OR DRAIN BACK UP EXTENSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**SCHEDULE**

Limit of Insurance   $   25,000

The following is added to Paragraph **A. 7. Coverage Extensions**:

**Water or Sewage Back Up and Sump Overflow**

**(1)** When the Declarations show that you have coverage for Building or Business Personal Property, you may extend that insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump.

**(2)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may also extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump.

**(3)** Paragraph **B.1.g.(3)** does not apply to this Coverage Extension.

**(4)** The most we will pay under this Coverage Extension in any one occurrence at each described premises is the Limit of Insurance shown in the Schedule above.

MP T3 06 02 07                    © 2007 The Travelers Companies, Inc.                    Page 1 of 1

TRAVELERS DOC MGMT 9 of 150

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**A. AMENDMENT OF DEFINITION OF PERSONAL AND ADVERTISING INJURY**

The following replaces the definition of "personal and advertising injury" in the **DEFINITIONS** Section:

"Personal and advertising injury" means "personal injury" or "advertising injury".

**B. AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES BECAUSE OF PERSONAL INJURY ASSUMED BY NAMED INSURED IN AN INSURED CONTRACT**

1. The following is added to Exclusion **e., Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

    This exclusion also does not apply to liability for damages because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

    (1) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

    (2) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the third sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B:**

    Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section I – Coverage **B** – Personal and Advertising Injury Liability, such payments will not be deemed to be damages because of "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

3. The following replaces the first paragraph of Paragraph **f.** of the definition of "insured contract" in the **DEFINITIONS** Section:

    f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**C. AMENDMENT OF OTHER EXCLUSIONS**

1. The following replaces Exclusion **b., Material Published With Knowledge Of Falsity**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

    b. **Material Published With Knowledge Of Falsity**

       "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

2. The following replaces Exclusion **c., Material Published Prior To Policy Period**, in Para-

CG D4 71 02 09

© 2009 The Travelers Companies, Inc.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 4

COMMERCIAL GENERAL LIABILITY

graph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**c.   Material Published Or Used Prior To Policy Period**

(1) "Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

(2) "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

**3.** The following replaces Exclusion **f., Breach Of Contract**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**f.   Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

**4.** The following replaces Exclusion **g., Quality Or Performance of Goods – Failure To Conform To Statements**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**g.   Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**5.** The following replaces Exclusion **h., Wrong Description Of Prices**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**h.   Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**6.** The following replaces Exclusion **i., Infringement Of Copyright, Patent, Trademark, Or Trade Secret**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B**

PERSONAL AND ADVERTISING INJURY LIABILITY:

**i.   Intellectual Property**

"Personal injury" or "advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

(1) Copyright;

(2) Patent;

(3) Trade dress;

(4) Trade name;

(5) Trademark;

(6) Trade secret; or

(7) Other intellectual property rights or laws.

This exclusion does not apply to:

(1) "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

(2) Any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

**7.** The following replaces Exclusion **j., Insureds In Media And Internet Type Businesses**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**j.   Insureds In Media And Internet Type Businesses**

"Personal injury" or "advertising injury" arising out of an offense committed by an insured whose business is:

(1) Advertising, "broadcasting" or publishing;

(2) Designing or determining content of web-sites for others; or

(3) An Internet search, access, content or service provider.

This exclusion does not apply to Paragraphs **a.(1), (2)** and **(3)** of the definition of "personal injury".

For the purposes of this exclusion:

© 2009 The Travelers Companies, Inc.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG D4 71 02 09

COMMERCIAL GENERAL LIABILITY

**(1)** Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

**(2)** The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

**8.** The following replaces Paragraph **(2)** of Exclusion **n.**, **Pollution-Related**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

**(2)** Claim or suit by or on behalf of a governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**D. AMENDMENT OF WHO IS AN INSURED**

The following replaces the introductory phrase of Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED:**

**(1)** "Bodily injury" or "personal injury":

**E. AMENDMENT OF LIMITS OF INSURANCE**

The following replaces Paragraph **4.** of **SECTION III – LIMITS OF INSURANCE:**

Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.

**F. ADDITIONAL DEFINITIONS**

The following is added to the **DEFINITIONS** Section:

"Advertising injury":

**a.** Means injury, other than "personal injury", caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a

person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

**(2)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

**(a)** Appropriates a person's name, voice, photograph or likeness;

**(b)** Unreasonably places a person in a false light; or

**(c)** Discloses information about a person's private life; or

**(3)** Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

"Broadcasting" means transmitting any audio or visual material for any purpose:

**a.** By radio or television; or

**b.** In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

**(1)** Radio or television programming being transmitted;

**(2)** Other entertainment, educational, instructional, music or news programming being transmitted; or

**(3)** Advertising transmitted with any of such programming.

"Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

**(1)** False arrest, detention or imprisonment;

**(2)** Malicious prosecution;

**(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

 © 2009 The Travelers Companies, Inc.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY

(4) Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

(5) Oral or written publication, including publication by electronic means, of material that:

(a) Appropriates a person's name, voice, photograph or likeness;

(b) Unreasonably places a person in a false light; or

(c) Discloses information about a person's private life.

b. Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

"Slogan":

a. Means a phrase that others use for the purpose of attracting attention in their advertising.

b. Does not include a phrase used as, or in, the name of:

(1) Any person or organization, other than you; or

(2) Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

"Title" means a name of a literary or artistic work.

© 2009 The Travelers Companies, Inc.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CG D4 71 02 09

TRAVELERS DOC MGMT 13 of 150

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Paragraph 5 of SECTION III – LIMITS OF INSUR-ANCE, is amended to include the following:

   Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

2. Paragraph 4 of SECTION III – LIMITS OF INSUR-ANCE, is amended to include the following:

   Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

CG D2 03 12 97                    Copyright, Travelers Indemnity Company, 1997                    Page 1 of 1

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE – POLLUTION – COOLING, DEHUMIDIFYING AND WATER HEATING EQUIPMENT EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

The following replaces Paragraph **(1)(a)(i)** of Exclusion **f.**, **Pollution**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: I-680-7956R80A-ACJ-12

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 07-20-12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NONOWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| COVERAGE | ADDITIONAL PREMIUM |
|---|---|
| Hired Auto Liability | $ INCLUDED |
| Nonowned Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**PROVISIONS**

**A. COVERAGE**

If a premium charge is shown in the SCHEDULE above, the insurance provided under **Section I — Coverage A — Bodily Injury And Property Damage Liability** applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto". Maintenance or use of a "nonowned auto" includes test driving in connection with an "auto business".

**B. EXCLUSIONS**

With respect to the insurance provided by this endorsement:

1. The exclusions, under **Section I — Coverage A — Bodily Injury And Property Damage Liability**, other than exclusions **a., b., d., e., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   a. "Bodily injury" to:

   (1) Any fellow "employee" of the insured arising out of and in the course of:

   (a) Employment by the insured; or

   (b) Performing duties related to the conduct of the insured's business.

   b. "Property damage" to:

   (1) Property owned or being transported by, or rented or loaned to the insured; or

   (2) Property in the care, custody or control of the insured.

**C. WHO IS AN INSURED**

**Section II — Who Is An Insured** is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

1. You;

2. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "nonowned auto" except:

   a. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "nonowned auto" or any agent or "employee" of any such owner or lessee;

   b. Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household;

   c. Your "employee" if the covered "auto" is leased, hired or rented by him or her or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   d. Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

   e. Any partner or "executive officer" with respect to any "auto" leased or rented to such partner or officer or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

MP T1 25 11 03

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 2

COMMERCIAL GENERAL LIABILITY

    f.  Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

    g.  Anyone other than your "employees", partners, a lessee or borrower or any of their "employees", while moving property to or from a "hired auto" or a "nonowned auto"; or

  **3.**  Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **1.** or **2.** above.

**D. AMENDED DEFINITIONS**

The Definition of "insured contract" of **Section V – Definitions** is amended by the addition of the following exceptions to paragraph **f.**:

Paragraph **f.** does not include that part of any contract or agreement:

  **(4)**  That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

  **(5)**  That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**E. ADDITIONAL DEFINITIONS**

**Section V – Definitions** is amended by the addition of the following definitions:

  **1.**  "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

  **2.**  "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include:

    **a.**  Any "auto" you lease, hire or rent under a lease or rental agreement for a period of 180 days or more, or

    **b.**  Any "auto" you lease, hire, rent or borrow from any of your "employees", partners, stockholders, or members of their households.

  **3.**  "Nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business at the time of an "occurrence". This includes "autos" owned by your "employees" or partners or members of their households but only while being used in the course and scope of your business at the time of an "occurrence".

    If you are a sole proprietor, "nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business or personal affairs at the time of an "occurrence".

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
**MP T1 25 11 03**

TRAVELERS DOC MGMT 17 of 150

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNSOLICITED COMMUNICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   **Unsolicited Communication**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

2. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES –**

   **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

   **Unsolicited Communication**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

3. The following is added to the **DEFINITIONS** Section:

   "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

TRAVELERS DOC MGMT 18 of 150

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following replaces Paragraph (2) of Exclusion **b.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   (2) Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

      (a) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

      (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a.**, **b.**, **c.**, **d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B of SECTION I – COVERAGES:**

   2. If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by you;

c. The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

e. You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3. The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B of SECTION I – COVERAGES:**

   Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

   **Violation Of Consumer Financial Protection Laws**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

2. The following exclusion is added to Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY:**

   **Violation Of Consumer Financial Protection Laws**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

3. The following is added to the **DEFINITIONS** Section:

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

a. Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

b. Information bearing on a person's credit worthiness, credit standing or credit capacity.

c. Social security number.

d. Drivers license number.

e. Birth date.

"Consumer financial protection law" means:

a. The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

b. California's Song-Beverly Credit Card Act and any of its amendments; or

c. Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

CG D6 18 10 11          © 2011 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1

**TRAVELERS**

TRAVELERS SERVICE CENTER
DBS - 700 7956R80A 680      120830
P.O. BOX 1515
SPOKANE, WA 99210-1515

**Notice of Cancellation**

Account 3653E8148

Page 1 of 3

700

VINTAGE & VOGUE LLC
C/O MARIA SULLIVAN
55 PARK SQUARE
ROSWELL GA  30076

**YOUR INSURANCE POLICY IS SUBJECT TO CANCELLATION.   PLEASE
SEE REVERSE SIDE FOR NOTICE OF CANCELLATION.**

CLDBNOC

**TRAVELERS**

NOTICE OF CANCELLATION
FOR NON-PAYMENT OF PREMIUM

Insuring Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

| | |
|---|---|
| Commercial Package | |
| **POLICY NO.** | 7956R80A 680 |
| **Issue Date** | 09/11/12 |
| **ACCOUNT** | 3653E8148 |
| Page 2 of 3 | |

| | |
|---|---|
| Named Insured and Mailing Address | VINTAGE & VOGUE LLC<br>C/O MARIA SULLIVAN<br>55 PARK SQUARE<br>ROSWELL GA 30076 |

Agent  THE HORTON GROUP

Please contact your agent
if you have any questions.
PHONE: (888) 661-3938

**EFFECTIVE DATE OF CANCELLATION:   OCTOBER 01, 2012**

We are pleased to have you as a customer and would like to continue to provide your
insurance.  Unfortunately, we have not received the premium payment due on this policy.
Therefore, your policy shown on this notice will be cancelled on the effective date of
cancellation shown above, at the time the policy became effective. We will refund any
premium due you. We regret having to take this action, and will be pleased to rescind the
cancellation if we receive the minimum due on/before the effective date of cancellation.
In that event, we will send you a notice of reinstatement continuing your coverage.

| Premium Information | | | |
|---|---|---|---|
| POLICY NUMBER  7956R80A 680 | | POLICY PERIOD 08/30/12 To 08/30/13 | |
| Previous balance | $720.00 | Pay | MINIMUM DUE | $166.00 |
| Installment charge | +6.00 | Either | | |
| Late Payment Charge | +10.00 | Amount | TOTAL DUE | $730.00 |
| | | By | DUE DATE    OCTOBER 01, 2012 |

The MINIMUM DUE shown above includes:

    $72.00 that was due on 09/01/12;
    $72.00 that is  due on 10/01/12;
     $6.00 for PAST DUE installment charges;
     $6.00 for current installment charge;
    $10.00 for late payment charge.

*Please detach the return stub and mail with your payment in the enclosed envelope to:*
**TRAVELERS CL REMITTANCE CENTER, PO BOX 660317, DALLAS, TX 75266-0317.**
........................................................................

648844N   2012255  7702  700 OXV401

**Payment Coupon**   *Make checks payable to:* TRAVELERS

Include Account Number on the check.

THE HORTON GROUP
VINTAGE & VOGUE LLC

3653E8148      7956R80A 680

☐  Change of Address?
Place an "X" here.
Print changes on reverse side.

| TOTAL BALANCE |
|---|
| $730.00 |

PAYMENT MUST BE RECEIVED BY
OCTOBER 01, 2012

TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266-0317

*C*

| MINIMUM DUE |
|---|
| $166.00 |

| AMOUNT ENCLOSED |
|---|
| |

9933363533053831343840393793793794900001660000007300098



TRAVELERS

## Notice of Cancellation

Account 3653E8148

The policy number shown above consists of your CL policy number and policy form. For the complete policy number refer to your policy paper.

This bill is rendered by The Travelers affiliated company indicated on the policy shown on this notice.

Excess premium, if not tendered, will be refunded on demand.

A late charge has been assessed on your account because we have not received your previous minimum due. This account level charge is listed on this notice. An account level bill or other notice(s) may also be mailed to you today.

If you are paying with a check from a Personal Checking Account, you authorize us to either use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. If you are paying with a check from a Business Checking account, we will process the payment as a check.

*************************************** QUESTIONS? ***************************************

If you have any questions about this statement, please contact your Agent, Travelers Billing Customer Service or the Travelers on-line Telephone Inquiry Service. To reach the Travelers Billing Customer Service or the Telephone Inquiry dial 1-800-252-2268 and follow the instructions.
Your 9 character billing account number is: --- 3653E8148.

**TRAVELERS**
TRAVELERS SERVICE CENTER
P.O. BOX 1515
SPOKANE, WA 99210-1515

Date of this Notice     09/17/12
Account No.   3653E8148

Please contact your agent
with any questions, future
policy changes and all
address changes.

VINTAGE & VOGUE LLC
C/O MARIA SULLIVAN
55 PARK SQUARE
ROSWELL GA  30075

THE HORTON GROUP
(888) 661-3938

**Insuring Company:** TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# REINSTATEMENT NOTICE

We are pleased to tell you that your policy has been reinstated.

| POLICYHOLDER | POLICY IDENTIFICATION NUMBER |
|---|---|
| VINTAGE & VOGUE LLC | 7956R80A 680 |
| TYPE OF INSURANCE | POLICY PERIOD |
| Commercial Package | 08/30/12 To 08/30/13 |

Receipt of funds dishonored upon presentment is not a valid means of
reinstatement. Reinstatement will only occur when all conditions have
been met. If these conditions have not been met the reinstatement will
be null and void.

We understand that circumstances will occasionally cause a payment to
arrive late, but please be aware that if future payments don't reach us
on time, WE MAY REQUIRE FULL PAYMENT OF THE OUTSTANDING BALANCE ON YOUR
POLICY. Please contact your Travelers                representative if you
have any questions concerning this notice. Thank you for your business.

648826R    2012261   7706   700 0XV401

CLDBREIN

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Named Insured: VINTAGE & VOGUE LLC

Policy Number: I-680-7956R80A-ACJ-12
Policy Effective Date: 08-30-12
Policy Expiration Date: 08-30-13
Issue Date: 02-21-13
ADDITIONAL     Premium $     901.00

Effective from 02-27-13 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

UNDER THE COMMON POLICY DECLARATION, ITEM 3. LOCATIONS, ADD THE
FOLLOWING.  PROPERTY COVERAGE LIMITS OF INSURANCE ARE ADDED AS ATTACHED.

| PREM<br>NO. | BLDG<br>NO. | OCCUPANCY | ADDRESS |
|---|---|---|---|
| 002 | 001 | NARTS | 647 SOUTH ATLANTS ST<br>ROSWELL, GA 30075 |

ON THE BUSINESSOWNERS COVERAGE PART, ACCOUNTS RECEIVABLE
COVERAGE IS ADDED AS FOLLOWS:

| PREM.<br>LOC. NO. | BLDG.<br>NO. | LIMIT OF INSURANCE | |
|---|---|---|---|
| 002 | 001 | $25000 | ON PREMISES/$25,000 OFF PREMISES |

NAME AND ADDRESS OF AGENT OR BROKER

Countersigned by

HORTON GROUP\THE          XV401
10320 ORLAND PARKWAY
ORLAND PARK              IL  60467

_____
          Authorized Representative
DATE: _____

**IL T0 07 09 87** (Page 01 of 02)

Office:  ELMIRA NY SRV CTR

**TRAVELERS**                       One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Policy Number:        I-680-7956R80A-ACJ-12
Policy Effective Date:   08-30-12
Policy Expiration Date:  08-30-13
Issue Date:          02-21-13

UNDER THE BUSINESSOWNERS COVERAGE PART DECLARATIONS, BUSINESSOWNERS
PROPERTY COVERAGE IS ADDED AS FOLLOWS:

```
     PREM    BLDG
      NO.    NO.

      002    001    BUSINESS PERSONAL PROPERTY :
                    LIMIT OF INSURANCE:              $     50,000
                    LOSS ADJUSTMENT BASIS:         REPLACEMENT COST
                    INFLATION GUARD:                       0.0  %
```

ON THE BUSINESSOWNERS COVERAGE PART DECLARATIONS, VALUABLE PAPERS AND
RECORDS COVERAGE IS ADDED AS FOLLOWS:

```
PREM.     BLDG.
LOC. NO.  NO.    LIMIT OF INSURANCE:
002       001    $25,000     ON PREMISES/$25,000 OFF PREMISES
```

THE FOLLOWING FORMS AND/OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY:

  MP T3 07 03 97

RATES AND/OR PREMIUMS HAVE BEEN CHANGED TO REFLECT A CHANGE IN
EXPOSURE AND/OR RATING PROCEDURE.

IL T0 07 09 87  (Page 02  of 02  )
Office:  ELMIRA NY SRV CTR
Producer Name: HORTON GROUP\THE

POLICY NUMBER:  I-680-7956R80A-ACJ-12
EFFECTIVE DATE:  08-30-12
ISSUE DATE:  02-21-13

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 01 01    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

BUSINESSOWNERS

MP T3 07 03 97    PROTECTIVE SAFEGUARDS-SPRINK&RESTAURANT

IL T8 01 01 01                                    PAGE:   1 OF   1

POLICY NUMBER: I-680-7956R80A-ACJ-12

BUSINESSOWNERS
ISSUE DATE: 02-21-13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS ENDORSEMENT FOR SPRINKLERED LOCATIONS AND RESTAURANTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**SCHEDULE***

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|-----------|-----------|-------------------------------------------|-----------|-----------|-------------------------------------------|
| 02 | 01 | P1 | | | |

**1.** The following is added to the:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM
BUSINESSOWNERS PROPERTY COVERAGE STANDARD FORM

**PROTECTIVE SAFEGUARDS**

**a.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**b.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**(1)** Any automatic fire protective or extinguishing system, including connected:

**(a)** Sprinklers and discharge nozzles;

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations

Includes Material Copyrighted by Insurance Services Office, Inc.
ISO Commercial Risk Services, Inc.

**MP T3 07 03 97**

Page 1 of 2

BUSINESSOWNERS

(b) Ducts, pipes, valves and fittings;

(c) Tanks, their component parts and supports; and

(d) Pumps and private fire protection mains.

(2) When supplied from an automatic fire protective system:

(a) Non-automatic fire protective systems; and

(b) Hydrants, standpipes and outlets.

"P-9" Protective system covering cooking surface as described in application for insurance on file with the company

2. The following is added to the EXCLUSION section of:

BUSINESSOWNERS   PROPERTY   COVERAGE SPECIAL FORM
BUSINESSOWNERS   PROPERTY   COVERAGE STANDARD FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

a. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

b. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Includes Material Copyrighted by Insurance Services Office, Inc.
ISO Commercial Risk Services, Inc.

MP T3 07 03 97

**TRAVELERS** 

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Named Insured:  VINTAGE & VOGUE LLC

Policy Number:  I-680-7956R80A-ACJ-12
Policy Effective Date:  08-30-12
Policy Expiration Date:  08-30-13
Issue Date:  04-01-13
RETURN    Premium $    249.00

Effective from  03-20-13  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

ON THE COMMON POLICY DECLARATIONS, ITEM 1. NAMED INSURED'S MAILING
ADDRESS IS CHANGED TO:
647 SOUTH ATLANTA ST.
ROSWELL, GA 30075

UNDER THE COMMON POLICY DECLARATIONS, ITEM 3. LOCATIONS, THE
BUSINESSOWNERS COVERAGE PART, THE FOLLOWING LOCATION(S) IS/ARE
DELETED:
PREM. NO.          BLDG.  NO.

   001                001

NAME AND ADDRESS OF AGENT OR BROKER

HORTON GROUP\THE        XV401
10320 ORLAND PARKWAY
ORLAND PARK             IL  60467

Countersigned by

_____
Authorized Representative
DATE: _____

IL T0 07 09 87  (Page 01 of 01)

Office:  ELMIRA NY SRV CTR

POLICY NUMBER:  I-680-7956R80A-ACJ-12
EFFECTIVE DATE:  08-30-12
ISSUE DATE:  04-01-13

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

IL T0 07 09 87   CHANGE ENDORSEMENT

IL T8 01 01 01                                    PAGE:   1 OF   1

# TRAVELERS J

One Tower Square, Hartford, Connecticut  06183

**RENEWAL CERTIFICATE**

**COMMON POLICY DECLARATIONS**
STORE PAC
**BUSINESS:** STORE

**POLICY NO.:** I-680-7956R80A-ACJ-11
**ISSUE DATE:** 07-21-11

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**

   VINTAGE & VOGUE LLC
   1050 BAY POINTE CROSSING

   ALPHARETTA          GA 30005

2. **POLICY PERIOD: From** 08-30-11 **to** 08-30-12  12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 01 | 01 | NARTS | 55 PARK SQUARE  SUITE 101 ROSWELL                    GA 30075 |

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | ACJ |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorsements for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:**  Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

   DIRECT BILL

7. **PREMIUM SUMMARY:**

| | | |
|---|---|---|
| Provisional Premium | $ | 627.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER

THE HORTON GROUP          XV401
10320 ORLAND PARKWAY

ORLAND PARK                IL 60467

COUNTERSIGNED BY:

_____
Authorized Representative

DATE: _____

IL T0 25 08 01  (Page 1 of 01)
Office:  ELMIRA NY SRV CTR  DOWN

TRAVELERS DOC MGMT 32 of 150



**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## STORE PAC



**A Custom Insurance Policy Prepared for:**

**VINTAGE & VOGUE LLC**
**1050 BAY POINTE CROSSING**

**ALPHARETTA**                    **GA   30005**

**Presented by:  THE HORTON GROUP**

POLICY NUMBER: I-680-7956R80A-ACJ-11

EFFECTIVE DATE: 08-30-11

ISSUE DATE: 07-21-11

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
* IL T0 25 08 01    RENEWAL CERTIFICATE
* MP T0 01 02 05    BUSINESSOWNERS COVERAGE PART DECS
* IL T8 01 01 01    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
  IL T3 15 09 07    COMMON POLICY CONDITIONS
```

BUSINESSOWNERS

```
* MP T1 30 02 05    TBL OF CONT-BUSINESSOWNERS COV-DELUXE
  MP T1 02 02 05    BUSINESSOWNERS PROPERTY COV-SPEC FORM
* MP T3 06 02 07    SEWER OR DRAIN BACKUP EXTENSION
  MP T3 25 01 08    TERRORISM RISK INS ACT OF 2002 NOTICE
  MP T3 50 11 06    EQUIP BREAKDOWN SERV INTERRUPTION LIM
  MP T3 56 02 08    AMENDATORY PROVISIONS-GREEN BLD
  MP T0 70 03 06    POWER PAC ENDORSEMENT
  MP T4 81 01 00    GA CHANGES-POLLUTANTS
  MP T5 01 01 04    GEORGIA CHANGES
```

COMMERCIAL GENERAL LIABILITY

```
  CG T0 34 11 03    TABLE OF CONTENTS
  CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COV FORM
  CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
  CG D3 09 11 03    AMEND ENDT-PRODUCTS-COMPLETED OPR HAZARD
  CG 21 70 01 08    CAP ON LOSSES-CERTIFIED ACTS-TERRORISM
  CG D0 37 04 05    OTHER INSURANCE-ADDITIONAL INSUREDS
  CG D2 34 01 05    WEB XTEND - LIABILITY
* MP T1 25 11 03    HIRED AUTO AND NON-OWNED AUTO LIAB
  CG D2 56 11 03    AMENDMENT OF COVERAGE
  CG D2 88 11 03    EMPLOYMENT-RELATED PRACTICES EXCLUSION
  CG D3 26 01 04    EXCLUSION-UNSOLICITED COMMUNICATIONS
  CG D3 56 01 05    MOBILE EQUIP/EXCL VEHICLES SUB TO MV LAW
  CG D2 42 01 02    EXCLUSION WAR
  CG T4 78 02 90    EXCLUSION-ASBESTOS
  CG T3 33 11 03    LIMIT WHEN TWO OR MORE POLICIES APPLY
```

INTERLINE ENDORSEMENTS

```
  IL T3 82 08 06    EXCL OF LOSS DUE TO VIRUS OR BACTERIA
  IL T3 79 01 08    CAPS ON LOSSES FROM CERT ACTS OF TERROR
  IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
  IL 02 62 09 08    GA CHANGES-CANCELLATION & NONRENEWAL
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01

PAGE:   1 OF   1

# TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**BUSINESSOWNERS COVERAGE PART DECLARATIONS**

STORE PAC

POLICY NO.: I-680-7956R80A-ACJ-11
ISSUE DATE: 07-21-11

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

POLICY PERIOD:
From 08-30-11 to 08-30-12 12:01 A.M. Standard Time at your mailing address.

FORM OF BUSINESS:  LLC

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a "limit" or the word "included" is shown.

COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | | LIMITS OF INSURANCE |
|---|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $ | 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to You | $ | 300,000 |
| Medical Payments Limit (any one person) | $ | 5,000 |

BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage:  $  1,000 per occurrence.
                    Building Glass:                   $  1,000 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:   Actual loss for 12 consecutive months

Period of Restoration-Time Period:      Immediately

ADDITIONAL COVERAGE:
   Fine Arts:                  $        25,000

Other additional coverages apply and may be changed by an endorsement.  Please read the policy.

SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05  (Page 1 of  02)

BUSINESSOWNERS PROPERTY COVERAGE

PREMISES LOCATION NO.:  01      BUILDING NO.:  01

|  | COVERAGE | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUSINESS PERSONAL PROPERTY | | $    10,000 | RC* | N/A | 0.0% |
| *Replacement Cost | | | | | |

COVERAGE EXTENSIONS:
    Accounts Receivable        $    25,000
    Valuable Papers            $    25,000

Other coverage extensions apply and may be changed by an endorsement.  Please read
the policy.

MP T0 01 02 05 (Page 2 of 02)

TRAVELERS DOC MGMT 36 of 150

## TABLE OF CONTENTS

## BUSINESSOWNERS COVERAGE PART
## DELUXE PLAN

The following indicates the contents of the principal forms which may be attached to your policy. It contains no reference to the Declarations or Endorsements which also may be attached.

## BUSINESSOWNERS PROPERTY COVERAGE
## SPECIAL FORM MP T1 02

Beginning on Page

COVERAGE .................................................................................................................... 1

    Covered Property ........................................................................................................ 1
    Property Not Covered ................................................................................................. 2
    Business Income and Extra Expense ....................................................................... 2
    Covered Causes of Loss ........................................................................................... 3
    Limitations .................................................................................................................. 3
    Additional Coverages ................................................................................................ 4
    Coverage Extensions ................................................................................................ 11

EXCLUSIONS ................................................................................................................ 22

LIMITS OF INSURANCE ............................................................................................... 26

    Inflation Guard .......................................................................................................... 26
    Business Personal Property Limit — Seasonal Increase .......................................... 27

DEDUCTIBLES .............................................................................................................. 27

PROPERTY LOSS CONDITIONS .................................................................................. 27

    Abandonment ............................................................................................................ 27
    Appraisal ................................................................................................................... 27
    Duties in the Event of Loss or Damage .................................................................... 27
    Loss Payment — Building and Personal Property ..................................................... 28
    Loss Payment — Business Income and Extra Expense ........................................... 31
    Recovered Property .................................................................................................. 32
    Noncumulative Limit ................................................................................................. 32

COMMERCIAL PROPERTY CONDITIONS ................................................................... 32

    Concealment, Misrepresentation or Fraud ............................................................... 32
    Control of Property .................................................................................................... 32
    Insurance Under Two or More Coverages ................................................................ 33
    Legal Action Against Us ............................................................................................ 33
    Liberalization ............................................................................................................. 33
    No Benefit to Bailee .................................................................................................. 33
    Other Insurance ........................................................................................................ 33
    Policy Period, Coverage Territory ............................................................................. 33
    Transfer of Rights of Recovery Against Others to Us ............................................... 33
    Coinsurance .............................................................................................................. 33
    Mortgageholders ....................................................................................................... 34

PROPERTY DEFINITIONS ............................................................................................ 35

TRAVELERS DOC MGMT 37 of 150

POLICY NUMBER: I-680-7956R80A-ACJ-11

BUSINESSOWNERS
ISSUE DATE: 072111

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SEWER OR DRAIN BACK UP EXTENSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

**SCHEDULE**

Limit of Insurance  $    25,000

The following is added to Paragraph **A. 7. Coverage Extensions:**

**Water or Sewage Back Up and Sump Overflow**

**(1)** When the Declarations show that you have coverage for Building or Business Personal Property, you may extend that insurance to apply to direct physical loss of or damage to Covered Property at the described premises caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump.

**(2)** When the Declarations show that you have coverage for Business Income and Extra Expense, you may also extend that insurance to apply to the actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur caused by or resulting from water or sewage that backs up or overflows from a sewer, drain or sump.

**(3)** Paragraph **B.1.g.(3)** does not apply to this Coverage Extension.

**(4)** The most we will pay under this Coverage Extension in any one occurrence at each described premises is the Limit of Insurance shown in the Schedule above.

MP T3 06 02 07                    © 2007 The Travelers Companies, Inc.                    Page 1 of 1

POLICY NUMBER: I-680-7956R80A-ACJ-11

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 07-21-11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NONOWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| COVERAGE | ADDITIONAL PREMIUM |
| --- | --- |
| Hired Auto Liability | $ INCLUDED |
| Nonowned Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**PROVISIONS**

**A. COVERAGE**

If a premium charge is shown in the SCHEDULE above, the insurance provided under **Section I – Coverage A – Bodily Injury And Property Damage Liability** applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto". Maintenance or use of a "nonowned auto" includes test driving in connection with an "auto business".

**B. EXCLUSIONS**

With respect to the insurance provided by this endorsement:

1. The exclusions, under **Section I – Coverage A – Bodily Injury And Property Damage Liability**, other than exclusions **a., b., d., e., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   a. "Bodily injury" to:

   (1) Any fellow "employee" of the insured arising out of and in the course of:

   (a) Employment by the insured; or

   (b) Performing duties related to the conduct of the insured's business.

   b. "Property damage" to:

   (1) Property owned or being transported by, or rented or loaned to the insured; or

   (2) Property in the care, custody or control of the insured.

**C. WHO IS AN INSURED**

**Section II – Who Is An Insured** is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

1. You;

2. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "nonowned auto" except:

   a. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "nonowned auto" or any agent or "employee" of any such owner or lessee;

   b. Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household;

   c. Your "employee" if the covered "auto" is leased, hired or rented by him or her or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   d. Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

   e. Any partner or "executive officer" with respect to any "auto" leased or rented to such partner or officer or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

MP T1 25 11 03          Copyright, The Travelers Indemnity Company, 2003          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

TRAVELERS DOC MGMT 39 of 150

COMMERCIAL GENERAL LIABILITY

f.  Any person while employed in or other-
wise engaged in duties in connection with
an "auto business", other than an "auto
business" you operate;

g.  Anyone other than your "employees",
partners, a lessee or borrower or any of
their "employees", while moving property
to or from a "hired auto" or a "nonowned
auto"; or

3.  Any other person or organization, but only
with respect to their liability because of acts
or omissions of an insured under 1. or 2.
above.

**D. AMENDED DEFINITIONS**

The Definition of "insured contract" of **Section V –
Definitions** is amended by the addition of the fol-
lowing exceptions to paragraph f.:

Paragraph **f.** does not include that part of any
contract or agreement:

(4)  That pertains to the loan, lease or rental of an
"auto" to you or any of your "employees", if
the "auto" is loaned, leased or rented with a
driver; or

(5)  That holds a person or organization engaged
in the business of transporting property by
"auto" for hire harmless for your use of a cov-
ered "auto" over a route or territory that per-
son or organization is authorized to serve by
public authority.

**E. ADDITIONAL DEFINITIONS**

**Section V – Definitions** is amended by the addi-
tion of the following definitions:

1.  "Auto Business" means the business or oc-
cupation of selling, repairing, servicing, stor-
ing or parking "autos".

2.  "Hired auto" means any "auto" you lease,
hire, rent or borrow. This does not include:

a.  Any "auto" you lease, hire or rent under a
lease or rental agreement for a period of
180 days or more, or

b.  Any "auto" you lease, hire, rent or borrow
from any of your "employees", partners,
stockholders, or members of their house-
holds.

3.  "Nonowned auto" means any "autos" you do
not own, lease, hire, rent or borrow that are
being used in the course and scope of your
business at the time of an "occurrence". This
includes "autos" owned by your "employees"
or partners or members of their households
but only while being used in the course and
scope of your business at the time of an "oc-
currence".

If you are a sole proprietor, "nonowned auto"
means any "autos" you do not own, lease,
hire, rent or borrow that are being used in the
course and scope of your business or per-
sonal affairs at the time of an "occurrence".

Copyright, The Travelers Indemnity Company, 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
MP T1 25 11 03

TRAVELERS DOC MGMT 40 of 150

**TRAVELERS**

TRAVELERS SERVICE CENTER
DBS - 700 7956R80A 680      110830
P.O. BOX 1515
SPOKANE, WA 99210-1515

**Notice of Cancellation**

Account 3653E8148

Page 1 of 3

700

VINTAGE & VOGUE LLC C/O MARIA SULLIVAN
1050 BAY POINTE CROSSING
ALPHARETTA      GA  30005

**YOUR INSURANCE POLICY IS SUBJECT TO CANCELLATION.   PLEASE SEE REVERSE SIDE FOR NOTICE OF CANCELLATION.**

CLDBNOC

**TRAVELERS**

**NOTICE OF CANCELLATION
FOR NON-PAYMENT OF PREMIUM**

Insuring Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Commercial Package

**POLICY NO.** 7956R80A 680
**Issue Date** 09/12/11
**ACCOUNT** 3653E8148
Page 2 of 3

Agent  THE HORTON GROUP

| Named Insured and Mailing Address | VINTAGE & VOGUE LLC C/O MARIA<br>1050 BAYPOINTE CROSSING<br>ALPHARETTA   GA 30005 |

Please contact your agent
if you have any questions.
PHONE: (888) 661-3938

**EFFECTIVE DATE OF CANCELLATION:  OCTOBER 02, 2011**

We are pleased to have you as a customer and would like to continue to provide your insurance.  Unfortunately, we have not received the premium payment due on this policy. Therefore, your policy shown on this notice will be cancelled on the effective date of cancellation shown above, at the time the policy became effective. We will refund any premium due you. We regret having to take this action, and will be pleased to rescind the cancellation if we receive the minimum due on/before the effective date of cancellation. In that event, we will send you a notice of reinstatement continuing your coverage.

| Premium Information | | |
|---|---|---|
| POLICY NUMBER   7956R80A 680 | | POLICY PERIOD  08/30/11 To 08/30/12 |

| Previous balance | $627.00 | Pay | MINIMUM DUE | $147.40 |
| Installment charge | +6.00 | Either | | |
| Late Payment Charge | +10.00 | Amount | TOTAL DUE | $637.00 |
| | | By | **DUE DATE** | OCTOBER 02, 2011 |

The MINIMUM DUE shown above includes:

$62.70 that was due on 09/01/11;
$62.70 that is  due on 10/02/11;
$6.00 for PAST DUE installment charges;
$6.00 for current installment charge;
$10.00 for late payment charge.

Excess premium, if not tendered, will be refunded on demand.

*Please detach the return stub and mail with your payment in the enclosed envelope to:*
TRAVELERS CL REMITTANCE CENTER, PO BOX 660317, DALLAS, TX 75266-0317.

648844N    2011255  7448  700 0XV401

**Payment Coupon**   *Make checks payable to:* TRAVELERS

THE HORTON GROUP
VINTAGE & VOGUE LLC C/O MARIA

Include Account Number on the check.

3653E8148      7956R80A 680

Change of Address?
Place an "X" here.
Print changes on reverse side.

| TOTAL BALANCE |
| $637.00 |

**PAYMENT MUST BE RECEIVED BY**
OCTOBER 02, 2011

TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266-0317

*C*

| MINIMUM DUE |
| $147.40 |

| AMOUNT ENCLOSED |

9933363533053831343840393939394900001474000006370005

 **TRAVELERS**

**Notice of Cancellation**

Account 3653E8148

Page 3 of 3

A late charge has been assessed on your account because we have not received your previous minimum due. This account level charge is listed on this notice. An account level bill or other notice(s) may also be mailed to you today.

The policy number shown above consists of your CL policy number and policy form. For the complete policy number refer to your policy paper.

This bill is rendered by The Travelers          affiliated company indicated on the policy shown on this notice.

*********************************** QUESTIONS? ***************************************

If you have any questions about this statement, please contact your Agent, Travelers Billing Customer Service or the Travelers on-line Telephone Inquiry Service. To reach the Travelers Billing Customer Service or the Telephone Inquiry dial 1-800-252-2268 and follow the instructions.
Your 9 character billing account number is: --- 3653E8148.

648844N    2011255  7448   700 0XV401

CLDBNOC3



**TRAVELERS**J
TRAVELERS SERVICE CENTER
P.O. BOX 1515
SPOKANE, WA 99210-1515

Date of this Notice                    09/19/11
Account No.   3653E8148

Please contact your agent
with any questions, future
policy changes and all
address changes.

VINTAGE & VOGUE LLC C/O MARIA SULLIVAN
55 PARK SQUARE
ROSWELL      GA  30076

THE HORTON GROUP
(888) 661-3938

Insuring Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# REINSTATEMENT NOTICE

We are pleased to tell you that your policy has been reinstated.

| POLICYHOLDER | POLICY IDENTIFICATION NUMBER |
|---|---|
| VINTAGE & VOGUE LLC C/O MARIA | 7956R80A 680 |
| TYPE OF INSURANCE | POLICY PERIOD |
| Commercial Package | 08/30/11 To 08/30/12 |

Receipt of funds dishonored upon presentment is not a valid means of
reinstatement.  Reinstatement will only occur when all conditions have
been met.  If these conditions have not been met the reinstatement will
be null and void.

We understand that circumstances will occasionally cause a payment to
arrive late, but please be aware that if future payments don't reach us
on time, WE MAY REQUIRE FULL PAYMENT OF THE OUTSTANDING BALANCE ON YOUR
POLICY.  Please contact your Travelers          representative if you
have any questions concerning this notice. Thank you for your business.

648826R    2011262   7453   700 0XV401

CLDBREIN