IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DEVISION

| | |
|---|---|
| VINTAGE AND VOGUE, LLC and I DO AND I'M DONE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Civil Action File No. 1:16-01952-AT |

### DECLARATION OF W. ANTHONY COLLINS, JR.

1.

My name is W. Anthony Collins, Jr. I am over the age of 21, am competent to testify to this matter, and have been a member of the Federal District Court for the Northern District of Georgia since 2005.

2.

I am very familiar with the above referenced matter. My involvement began in approximately September of 2013 when my law office was approached by Ms. Maria Sullivan, owner of Vintage and Vogue, LLC, and I Do and I'm Done, LLC. Ms. Sullivan stated that she was having a number of problems with her business

location and that she wished to pursue litigation. She also informed me that she was going to put her insurance company on notice of these issues.

3.

After investigation, it became clear that Plaintiffs in the above-styled action had causes of action against her landlord at that time and that she would have to leave her place of business. I filed suit in that matter. Litigation ensued and the case against the landlord was eventually settled.

4.

Some time later, Plaintiffs again approached my office and stated that since the time of her being forced to abandon her property in October 2013 she had suffered numerous business losses and various losses to business assets. After again reviewing the insurance policy I agreed she had some claim as to losses incurred after she moved from the property and that it could be timely asserted prior to September 23, 2015. I also advised Plaintiffs that some claims that they wished to pursue could not be pursued, including claims for mold damage. This conclusion was based upon the time that Plaintiffs first notified Defendant of their various losses and their move-out date of approximately October 1, 2013.

FURTHER DECLARANT SAYETH NAUGHT

*/s/ W. ANTHONY COLLINS, JR*

W. Anthony Collins, Jr.