# MARIA SULLIVAN

Email: maria@walden-sullivan.com
Phone: (678) 478-6663

October 12, 2016

Honorable Amy Totenberg
United States District Judge
2388 Richard B. Russell Federal Building
and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

c/o Amy Cash McConochie
Courtroom Deputy Clerk
Via Email:  Amy_McConochie@gand.uscourts.gov

Re:   MOTION TO WITHDRAW – PLAINTIFFS' COUNSEL

**In Connection with:**
*Vintage And Vogue, LLC., and I Do And I'm Done, LLC., Plaintiffs vs. Travelers Casualty Insurance Company of America*, *Defendant*; Civil Action File No. 1:16-cv-01952-AT; United States District Court, Northern District of Georgia, Atlanta Division ("**Travelers 2**"); and

Dear Judge Totenberg:

Plaintiffs' counsel has now filed a Motion To Withdraw, and for the record I just wanted the Court to know that the Plaintiffs still formally oppose the motion for all the reasons I addressed in my September 29, 2016 follow up letter.   I communicate today by letter (copied to all other party's attorneys) because as the Court noted, my entities cannot represent themselves without a lawyer.

I would ask the Court to note that the September 16 notice of intention to withdraw letter from Mr. Collins contained no reasons for withdrawal, and then not surprisingly the Motion to Withdraw now filed by Mr. Collins suddenly contained reasons for the withdrawal of which he never gave me notice.  It is still my position Mr. Collins' proposed withdrawal does not comply with the rules nor with the case authority I cited in my last letter.

Thank you your Honor for your time.

Honorable Amy Totenberg
United States District Judge
Follow-up Letter
October 12, 2016
Page 2

                                          Respectfully,

                                  *Maria Sullivan*

                         _____
                                     Maria Sullivan
                                Owner of the Plaintiffs

Cc:    W. Anthony Collins, Jr.
        Maud A. Pinter
        Karen Karabinos